MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 10, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
IN RE: : *EX PARTE* ORDER
 :
LETTER ROGATORY FOR :
INTERNATIONAL JUDICIAL :
ASSISTANCE FROM THE NATIONAL :
CIVIL COURT OF FIRST INSTANCE : 22-mc-166
NO. 75, BUENOS AIRES, ARGENTINA, :
IN THE MATTER OF DIANA :
CAROLINA WAHRLICH, ET AL. v. :
DIEGO FERNANDO RIVERO :
---------------------------------------------------x

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the National Civil Court of First Instance No. 75, Buenos Aires, Argentina, is seeking to obtain information from Jefferies Group LLC, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Diana Carolina Wahrlich, et. al. v. Diego Fernando Rivero";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Charles S. Jacob, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Jefferies Group LLC and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Jefferies Group LLC with a copy of this Order and the accompanying documents.

Dated: New York, New York
     Feb. 10, 2023

_____
UNITED STATES DISTRICT JUDGE